IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-0289
 ((((((((((((((((

 In Re Citigroup Global Markets, Inc., Et Al.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The joint emergency motion to stay or abate mandamus
proceedings pursuant to settlement, filed on May 15, 2008, is granted, and
this case is ABATED to allow the parties to proceed with settlement
negotiations.
 2. This case is removed from the Court's active docket subject to
reinstatement upon proper motion. All motions and other documents pending
or filed are abated subject to being reurged in the event the petition is
reinstated. The parties shall immediately notify this Court about any
changes in status in the settlement proceedings.

 Done at the City of Austin, this 15th day of May, 2008.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk